# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: SAC II, LLC

Case No.: 10-51440
Chapter: 11

_____
Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ____ Voluntary Petition (specify reason for amendment)
- ✔ Summary of Schedules
- ____ Statistical Summary of Certain Liabilities
- ✔ Schedule A - Real Property
- ____ Schedule B - Personal Property
- ____ Schedule C - Property Claimed as exempt
- ✔ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
   - ✔ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
   - ____ Add/change address of already listed creditor - No fee
- ____ Schedule G - Executory Contracts and Unexpired Leases
- ✔ Schedule H - CoDebtors
- ____ Schedule I - Current Income of Individual Debtor(s)
- ____ Schedule J - Current Expenditures of Individual Debtor(s)
- ____ Declaration Concerning Debtor's Schedules
- ____ Statement of Financial Affairs and/or Declaration
- ____ Chapter 7 Individual Debtor's Statement of Intention
- ____ Disclosure of Compensation of Attorney for Debtor(s)
- ____ Statement of Current Monthly Income and Means Test Calculation
- ____ Certification of Credit Counseling
- ____ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 7/15/2010

_____
Nello Gonfiantini, III
President and Chief Executive Officer
Debtor

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **SAC II**                                                     ,
Debtor

Case No.  **10-51440**

Chapter  **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 40,955,000.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 38,542,896.69 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 902,221.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| Total Assets | | | 40,955,000.00 | | |
| Total Liabilities | | | | 39,445,118.67 | |

B6A (Official Form 6A) (12/07)

In re  **SAC II**  
                    Debtor

Case No. __**10-51440**__

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2522 Properties<br>27831 Williams Canyon Rd<br>Silverado Canyon, CA 92691 | Fee simple | - | 615,000.00 | 0.00 |
| Coolidge 70 - SE corner of Arizona Blvd and Martin Rd Coolidge, AZ<br><br>This property in conjunction with various other properties and Notes secured by real estate serve as collateral for this secured claim held by US Bank | Fee simple | - | 2,090,000.00 | 29,315,000.00 |
| Coolidge 140<br>S-SWC of Hwy 87 and Martin Rd<br>Coolidge, AZ | Fee simple | - | 3,500,000.00 | 2,113,650.00 |
| Prime West Jordanelle<br>Hwy 32, south of the Jordanelle Reservoir<br>Wasatch County, Utah | Fee simple | - | 15,350,000.00 | 7,114,246.69 |
| Sierra Vista - 1,188 acres of vacant land, Sierra Vista, AZ<br><br>This property in conjunction with various other properties and Notes secured by real estate serve as collateral for this secured claim held by US Bank | Fee simple | - | 8,150,000.00 | 29,315,000.00 |
| Property commonly referred to as Symphony, LLC 99.75 acres of land - NE corner of Earley and Henness Roads, Casa Grande, AZ<br><br>This property in conjunction with Village at Duck Creek is pledged to secure the New Notes held by the Indenture Trustee, Deutsche Bank, for the New Noteholders | Fee simple | - | 1,800,000.00 | 36,901,731.91 |

                                          Sub-Total >    **31,505,000.00**    (Total of this page)

__1__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re  **SAC II**  
                  Debtor

Case No. __**10-51440**__

## SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Village in Duck Creek - 113 acres of land Pock Lane and Carpenter Road, Stockton, CA** **This property in conjunction with various other properties and Notes secured by real estate serve as collateral for this secured claim held by the New Noteholders by the Indenture Trustee, Deutsche Bank** | Fee simple | - | 9,450,000.00 | 36,901,731.91 |

Sub-Total >   9,450,000.00   (Total of this page)

Total >   40,955,000.00

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **SAC II**                                                Case No.    **10-51440** 
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of the West**<br>**4950 Kietzke Lane**<br>**Reno, NV 89509** | X | - | **Refer to US Bank, as Agent**<br><br><br>Value $     0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>**County Council of Wasatch County, UT**<br>**Attn: JSSD Assessment Payment**<br>**PO Box 30015**<br>**Dept 55**<br>**Salt Lake City, UT 84130** | | - | **Assesment Ordinance #09-10**<br>**Prime West Jordanelle**<br>**(including interest through 3/31/10)**<br><br>Value $     15,350,000.00 | | | X | 7,114,246.69 | 0.00 |
| Account No.<br><br>**Specialty Trust, Inc.**<br>**6160 Plumas Street**<br>**Suite 200**<br>**Reno, NV 89519** | | - | **Coolidge 140**<br>**S-SWC of Hwy 87 and Martin Rd**<br>**Coolidge, AZ**<br><br>Value $     3,500,000.00 | | | | 2,113,650.00 | 0.00 |
| Account No.<br><br>**Umpqua Bank**<br>**One Capitol Mall**<br>**Suite 600**<br>**Sacramento, CA 95814** | X | - | **Refer to US Bank, as Agent**<br><br><br>Value $     0.00 | | | | 0.00 | 0.00 |
| **1**    continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 9,227,896.69 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **SAC II** , Case No. **10-51440**
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. US Bank, as Agent P.O. Box 790401 St Louis, MO 63179 | X | - | Guarantor secured by Coolidge 70 and Sierra Vista  Value $ 10,240,000.00 | | X | | 29,315,000.00 | Unknown |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **29,315,000.00**  **0.00**

Total (Report on Summary of Schedules) **38,542,896.69**  **0.00**

B6F (Official Form 6F) (12/07)

In re    **SAC II**                                                Case No.  **10-51440**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ballard & Spahr LLP**<br>**1 East Washington St, Ste 2300**<br>**Phoenix, AZ 85004** | | - | **Legal fees** | | | | 13,107.68 |
| Account No.<br><br>**NAI Horizon Valuation Services Group**<br>**2944 N 44th St, Ste 200**<br>**Phoenix, AZ 85018** | | - | **Appraisal fee** | | | | 4,753.54 |
| Account No.<br><br>**Samuels, Green & Steel LLP**<br>**19800 Macarthur Blvd., Ste 1000**<br>**Irvine, CA 92612** | | - | **Legal fees** | | | | 3,600.00 |
| Account No.<br><br>**Scythe & Spade of AZ LLC**<br>**12 S. San Marcos Pl**<br>**Chandler, AZ 85225** | | - | **Farm management fees** | | | | 5,000.00 |
| **1** continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 26,461.22 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **SAC II**                                                                           Case No.  **10-51440**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Southwest Ground-water Consultants**<br>**3033 N 44th St, Ste 120**<br>**Phoenix, AZ 85018** | | - | **Consulting services** | | | | 5,454.29 |
| Account No.<br>**Specialty Trust, Inc.**<br>**6160 Plumas Street**<br>**Suite 200**<br>**Reno, NV 89519** | | - | **Intercompany payable for accounts payable liability** | | | | 870,306.47 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **875,760.76**

Total (Report on Summary of Schedules)    **902,221.98**

B6H (Official Form 6H) (12/07)

In re   **SAC II**                                                              ,   Case No.   **10-51440**
                                    Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| SAC D-1, LLC<br>6160 Plumas St.<br>Suite 200<br>Reno, NV 89519 | US Bank, as Agent<br>P.O. Box 790401<br>St Louis, MO 63179 |
| SAC D-1, LLC<br>6160 Plumas St.<br>Suite 200<br>Reno, NV 89519 | Bank of the West<br>4950 Kietzke Lane<br>Reno, NV 89509 |
| SAC D-1, LLC<br>6160 Plumas St.<br>Suite 200<br>Reno, NV 89519 | Umpqua Bank<br>One Capitol Mall<br>Suite 600<br>Sacramento, CA 95814 |
| Specialty Acquisition Corp.<br>6160 Plumas Street<br>Suite 200<br>Reno, NV 89519 | US Bank, as Agent<br>P.O. Box 790401<br>St Louis, MO 63179 |
| Specialty Acquisition Corp.<br>6160 Plumas Street<br>Suite 200<br>Reno, NV 89519 | Bank of the West<br>4950 Kietzke Lane<br>Reno, NV 89509 |
| Specialty Acquisition Corp.<br>6160 Plumas Street<br>Suite 200<br>Reno, NV 89519 | Umpqua Bank<br>One Capitol Mall<br>Suite 600<br>Sacramento, CA 95814 |
| Specialty Trust, Inc.<br>6160 Plumas Street<br>Suite 200<br>Reno, NV 89519 | US Bank, as Agent<br>P.O. Box 790401<br>St Louis, MO 63179 |
| Specialty Trust, Inc.<br>6160 Plumas Street<br>Suite 200<br>Reno, NV 89519 | Bank of the West<br>4950 Kietzke Lane<br>Reno, NV 89509 |
| Specialty Trust, Inc.<br>6160 Plumas Street<br>Suite 200<br>Reno, NV 89519 | Umpqua Bank<br>One Capitol Mall<br>Suite 600<br>Sacramento, CA 95814 |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **SAC II**                                                                         Case No.  **10-51440**

Debtor(s)           Chapter  **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**8**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **7/15/2010**                      Signature  */s/ Nello Gonfiantini III*

**Nello Gonfiantini III**
**President and Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.